**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VERL SOWARDS,

        Plaintiff,                                 Case No.:

vs.

UNITED STATES OF AMERICA and
UNITED STATES POSTAL SERVICE,

        Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, VERL SOWARDS, sues Defendant, UNITED STATES POSTAL SERVICE, and alleges:

1.      This is an action which arises under the Federal Tort Clam Act, Section 2671 through 2680 of Title 28 of the Unites States Code.

2.      On or about October 9, 2020, the Plaintiff, VERL SOWARDS, submitted a claim by certified mail to the Defendant, UNITED STATES POSTAL SERVICE, and six months have elapsed, and that agency has failed to make final disposition of the claim.

3.      Venue is properly within this District under 28 U.S.C 1402(b) as the acts complained of occurred in the Middle District of Florida, and at all material times hereto, the Plaintiff, VERL SOWARDS, was a resident of Pinellas county, Florida.

4.      At all material times hereto, UNITED STATES POSTAL SERVICE was an independent establishment of the executive branch of the Government of the

UNITED STATES OF AMERICA, lawfully created pursuant to 39 U.S.C. and providing postal services to the people of the United States.

5.   Both the UNITED STATES OF AMERICA and UNITITED STATES POSTAL SERVICE are appropriate Defendants under the Federal Tort Claims Act.

6.   All conditions precedent to a Federal Tort Claims Act have been met.

7.   On or about May 3, 2020 Defendant, UNITED STATES POSTAL SERVICE, owned a 1993 U.S. Postal Vehicle, with the vehicle identification number 1GBCS10A1P2917148, which was being operated with Defendants' consent and permission by Paamee Thao Lutz, an employee and/or agent of the Defendant, who was operating the vehicle within the scope of his employment as a United States postal worker.

8.   On the date specified above, Defendant's employee and/or agent, Paamee Thao Lutz, was operating the vehicle at approximately 4:55 p.m. on U.S. 19 N. at or near the intersection of Leo Kidd Avenue,  in the city of Port Richey, Pasco County, Florida.

9.   At the time and place specified above, Defendant's employee and/or agent, Paamee Thao Lutz,  negligently operated or maintained the motor vehicle so as to cause said automobile to collide with and against the automobile owned and operated by the Plaintiff, VERL SOWARDS, causing serious bodily injuries to the Plaintiff, VERL SOWARDS.

10.   As a direct and proximate result the  plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, metal anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and

treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

WHEREFORE plaintiff, VERL SOWARDS, demands judgment for damages against Defendants, UNITED STATES OF AMERICA and UNITED STATES POSTAL SERVICE, and demands a trial by jury.

Dated : _July 26, 2021_

MATTHEW KOCHEVAR P.A.

By: _____
MATTHEW KOCHEVAR, ESQUIRE
Fla. Bar No. 0153400
P.O. Box 4899
Tampa, Florida 33677
813-777-0686
Attorneys for Plaintiff
Service Email: mrkochevar@gmail.com